A CERTIFIED TRUE COPY

JAN - 4 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

1:05cv304

DOCKET NO. 875

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 16 2005

FILED
CLERK'S OFFICE

FILED
ASHEVILLE, N.C.
JAN 19 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-254)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,074 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN - 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 1-9-06

ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# SCHEDULE CTO-254 - TAG-ALONG ACTIONS
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #              CASE CAPTION

**ALABAMA NORTHERN**
ALN 2 05-1864                  Charlotte Mae Fikes, etc. v. Aerofin Corp., et al.

**FLORIDA NORTHERN**
FLN 3 05-338                   Joseph T. Chavers, et al. v. Allis-Chalmers, et al.

**GUAM**
~~GU 1 05-25~~                 ~~Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.~~ Opposed 1/3/06

**IDAHO**
~~ID 1 05-373~~                ~~Kent Buttars, etc. v. Atlas Turner, Inc., et al.~~ Opposed 1/3/06

**ILLINOIS SOUTHERN**
ILS 3 05-534                   Larry Slaton v. Illinois Central Railroad Co.
ILS 3 05-752                   Stephen Baker, et al. v. Illinois Central Railroad Co., et al.

**LOUISIANA EASTERN**
LAE 2 05-2684                  Terry Cardaro, et al. v. Aerojet General Corp., et al.

**LOUISIANA MIDDLE**
LAM 3 05-1192                  William D. Hammons v. AMEC Construction Management, Inc., et al.

**MARYLAND**
MD 1 05-2610                   Divo A. Messori, et al. v. Anchor Packing Co., et al.
MD 1 05-2700                   Gerald Eugene Barr, et al. v. Anchor Packing Co., et al.

**MISSOURI WESTERN**
MOW 6 05-3452                  William H. Monroe, Jr., etc. v. Burlington Northern & Santa Fe Railway Co.

**MISSISSIPPI NORTHERN**
MSN 1 05-251                   Mitchell Gandy v. Georgia-Pacific Corp., et al.

**MISSISSIPPI SOUTHERN**
MSS 1 05-357                   Archie McCraney v. Garlock, Inc., et al.
MSS 1 05-362                   James McGee, et al. v. 3M Co., et al.
MSS 1 05-371                   Jack Daniels, et al. v. ACandS, Inc., et al.
MSS 1 05-375                   William West, et al. v. Westinghouse Electric Corp., et al.
MSS 1 05-399                   Ross Battles, et al. v. Westinghouse Electric Corp., et al.
MSS 1 05-400                   Julius Hollingsworth, et al. v. Westinghouse Electric Corp., et al.
MSS 1 05-401                   Thomas Harrison, et al. v. Westinghouse Electric Corp., et al.
MSS 1 05-415                   Willie George Kind v. American Optical Corp., et al.
MSS 1 05-416                   Robert Lee Burchfield v. American Optical Corp., et al.
MSS 1 05-417                   James H. Primm v. American Optical Corp., et al.
MSS 1 05-443                   Mitchell Hannible v. American Optical Corp., et al.
MSS 1 05-454                   Larry Ware v. Georgia-Pacific Corp., et al.
MSS 1 05-455                   Robert H. Tindall v. American Optical Corp., et al.
MSS 1 05-456                   Collins Monroe v. Asten Hill Manufacturing Asten Group, et al.
MSS 1 05-457                   Bennie McCurty v. Georgia-Pacific Corp., et al.
MSS 1 05-458                   Richard Barton v. Georgia-Pacific Corp., et al.
MSS 1 05-459                   Sylvester Crump v. Georgia-Pacific Corp., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-460 | Terry Large v. Georgia-Pacific Corp., et al. |
| MSS 1 05-461 | William Crump, Sr. v. Dowman Products, Inc., et al. |
| MSS 1 05-464 | Roosevelt Dotson v. DaimlerChrysler Corp., et al. |
| MSS 1 05-465 | Arelious Robinson v. American Standard, Inc., et al. |
| MSS 1 05-466 | Joe Sciple v. Dowman Products, Inc., et al. |
| MSS 1 05-467 | Norah Cottrell v. DaimlerChrysler Corp., et al. |
| MSS 1 05-472 | James Odems v. Garlock, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 5 05-569 | Mary Louise Murphy, etc. v. Anchor Packing Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-803 | Roland D. Byrd, et al. v. A.W. Chesterton, Inc., et al. |
| NCM 1 05-843 | Arnsby N. Sizemore, et al. v. Airco, Inc., et al. |
| NCM 1 05-901 | High Point Bank & Trust Co., etc. v. A.W. Chesterton, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-301 | Patrick K. Smith, et al. v. Airco, Inc., et al. |
| NCW 1 05-304 | Alice Reid, etc. v. Airco, Inc., et al. |
| NCW 1 05-307 | Earlene D. Price, etc. v. A.W. Chesterton, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 05-3950 | Susan Fleming, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4283 | Mary S. Hendrix, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4577 | Gaetano Spina, et al. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-5282 | Janeen Dahn, et al. v. A.W. Chesterton Co., et al. |
| **OHIO NORTHERN** | |
| OHN 1 05-10007 | Paul L. Kenny v. A-C Product Liability Trust, et al. |
| OHN 1 05-10008 | John C. Kimble v. A-C Product Liability Trust, et al. |
| OHN 1 05-10009 | Ponciano J. Morales v. A-C Product Liability Trust, et al. |
| OHN 1 05-10010 | James A. Rosenbaum v. A-C Product Liability Trust, et al. |
| OHN 1 05-10011 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-10012 | Carl R. Heikell v. A-C Product Liability Trust, et al. |
| OHN 1 05-10013 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-10014 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-10015 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 05-20001 | Cornelius A. Ballentine, Jr., et al. v. Certainteed Corp., et al. |
| OHN 1 05-20002 | Shelley Gallion, et al. v. A.W. Chesterton, Inc., et al. |
| **SOUTH CAROLINA** | |
| SC 2 05-2730 | William L. McCormick v. A.W. Chesterton Co., et al. |
| **UTAH** | |
| UT 2 05-276 | Connie Bachman, etc. v. Fred Meyer Stores, et al. |
| **VIRGINIA EASTERN** | |
| VAE 2 05-8731 | Jackie F. Cuddy v. Union Carbide Corp., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1637 | Leo Hickman Sweeney v. Saberhagen Holdings, Inc., et al. |